

Steven T. Gubner - Bar No. 156593
Richard D. Burstein – Bar No. 056661
Barak Vaughn - Bar No. 227926
EZRA | BRUTZKUS | GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099

Attorneys for David R. Hagen,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In Re<br><br>MERIDIAN HEALTH CARE SERVICES, INC., a Delaware corporation | Case No. 1:06-bk-10733 GM<br><br>Chapter 7<br><br>Adv. No. 1:07-ap-01186 GM |
| DAVID R. HAGEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTIC PARTNERS, LLC, etc., et al.,<br><br>Defendants. | **STIPULATION EXTENDING TIME TO OPPOSE AND REPLY RE E4E MOTION TO DISMISS; ORDER THEREON**<br><br>Date: November 7, 2007<br>Time: 1:30 p.m.<br>Place: Ctrm 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA |
| NORTHRIDGE MEDICAL GROUP, INC., a California professional medical corporation, and FAMILY/SENIORS MEDICAL GROUP, INC., a California professional medical corporation,<br><br>Counterclaimants and Cross-Claimants,<br><br>vs.<br><br>MERIDIAN HEALTH CARE MANAGEMENT, INC., debtor; NAUTIC PARTNERS, LLC, a Delaware limited liability company; CHISHOLM PARTNERS IV, LP, a Delaware limited liability company; FLEET VENTURE RESOURCES, INC., a Delaware corporation; FLEET EQUITY PARTNERS VI, LP, a Delaware limited liability company; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability company; SCOTT | |

-1-

| | |
|---|---|
| 1<br>2 | HILINSKI, and individual; BRIAN SATO, an individual, and MICHAEL ALPER, an individual, |
| 3<br>4 | Counterdefendant and Cross-Defendants |

## STIPULATION

It Is Hereby Stipulated, by and between the parties hereto, through their respective counsel that there is presently pending a motion to dismiss by defendant e4e, Inc. This motion to dismiss is set for hearing on November 7, 2007 before this Court at 1:30pm. The parties hereto stipulate that the trustee's time within which to file and serve any opposition to the motion to dismiss is extended through and including October 26, 2007, and the time for e4e to file and serve any reply thereto is similarly extended by two calendar days until November 2, 2007.

Dated: October 23, 2007

EZRA BRUTZKUS GUBNER LLP

By: _____
Richard D. Burstein
Attorneys for David R. Hagen,
Chapter 7 Trustee

Dated: October 23, 2007

KELLY LYTTON & VANN LLP

By: _____
Peter C. Bronson, Esq.
Attorneys for e4e Incorporated

-2-

**ORDER**

It Is So Ordered.

Dated: _____10/25_____, 2007

_____
GERALDINE MUND,
UNITED STATES BANKRUPTCY JUDGE

-3-

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

On October **24**, 2007, I served the following documents on the persons listed below, as follows: STIPULATION EXTENDING TIME TO OPPOSE AND REPLY RE E4E MOTION TO DISMISS; ORDER THEREON

### SEE ATTACHED LIST

[X] **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Woodland Hills, CA.

[ ] **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By messenger service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

[ ] **By fax transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ] **By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October **24**, 2007, at Woodland Hills, CA.

_/s/ Jennifer Long_
Jennifer Long

-4-

# SERVICE LIST

In re Meridian Health Care Management, Inc./David R. Hagen,
Chapter 7 Trustee vs. Nautic Partners, LLC, etc., et al.
Case No. 1:06-10733-GM/Adv. No. 1:07-ap-01186-GM

| Attorneys to Debtor<br>Debra I. Grassgreen, Esq.<br>Pachulski, Stang, Ziehl, Young, et al<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367 |
|---|---|
| Chapter 7 Trustee<br>David R. Hagen<br>Merritt & Hagen<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 | Attorneys for Defendants/Nautic Parties<br>Sara L. Chenetz, Esq.<br>Joshua Briones, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 |
| Attorneys for e4e Incorporated<br>Peter C. Bronson, Esq.<br>Kathryn Kerfes Amira, Esq.<br>Kelly Lytton & Vann LLP<br>1900 Avenue of the Stars, Suite 1450<br>Los Angeles, CA 90067 | Attorneys for Defendants/Nautic Parties<br>Mark A. Nadeau, Esq.<br>DLA Piper US LLP<br>2415 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| Attorneys for e4e Incorporated<br>Tyler Baker, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Center<br>Mountain View, CA 94041 | Attorneys for Scott Hilinski<br>Jonathan L. Kotlier, Esq.<br>Sarah Walters, Esq.<br>Nutter, McClennan & Fish<br>World Trade Center Wests<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| Attorneys for e4e Incorporated<br>Mark Porter, Esq.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | Attorneys for Scott Hilinski<br>James K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>    Drooks & Lincenberg<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 |
| Attorneys for Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.<br>Uzzell S. Branson III, Esq.<br>Law Offices of Uzzell S. Branson III<br>225 South Lake Avenue, Suite 1400<br>Pasadena, CA 91101 | Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 |

| Attorneys for Northridge Medical Group, Inc.<br>Mark B. Chassman, Esq.<br>Rhonda E. Kaley, Esq.<br>Chassman & Seelig, LLP<br>World Trade Center<br>350 South Figueroa Street, Suite 580<br>Los Angeles, CA 90071-1102 | Attorneys for Northridge Medical Group, Inc.<br>Tin Kin Lee, Esq.<br>Law Offices of Tin Kin Lee<br>55 South Lake Avenue, Suite 705<br>Pasadena, CA 91101 |
|---|---|
| Attorneys for Brian Sato<br>Mark T. Hiraide, Esq.<br>Petillon & Hiraide, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 | Attorneys for Michael Alper<br>James A. Kohn, Esq.<br>Moldo Davidson Fraioli Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |

33509

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>MERIDIAN HEALTH CARE MANAGEMENT, INC.<br>Debtor. | CHAPTER 7<br>CASE NUMBER: 1:06-bk-10733-GM |
|---|---|

David R. Hagen vs. Nautic Partners, etc.          Adv. No. 1:07-ap-1186

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   STIPULATION EXTENDING TIME TO OPPOSE AND REPLY RE E4E MOTION TO DISMISS; ORDER THEREON

   was entered on *(specify date)*: OCT 29 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):
   OCT 29 2007

Dated: OCT 29 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **F 9021-1.1**

# SERVICE LIST

In re Meridian Health Care Management, Inc./David R. Hagen,
Chapter 7 Trustee vs. Nautic Partners, LLC, etc.,et al.
Case No. 1:06-10733-GM/Adv. No. 1:07-ap-01186-GM

| Attorneys to Debtor<br>Debra I. Grassgreen, Esq.<br>Pachulski, Stang, Ziehl, Young, et al<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367 |
|---|---|
| Chapter 7 Trustee<br>David R. Hagen<br>Merritt & Hagen<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 | Attorneys for Defendants/Nautic Parties<br>Sara L. Chenetz, Esq.<br>Joshua Briones, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 |
| Attorneys for e4e Incorporated<br>Peter C. Bronson, Esq.<br>Kathryn Kerfes Amira, Esq.<br>Kelly Lytton & Vann LLP<br>1900 Avenue of the Stars, Suite 1450<br>Los Angeles, CA 90067 | Attorneys for Defendants/Nautic Parties<br>Mark A. Nadeau, Esq.<br>DLA Piper US LLP<br>2415 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| Attorneys for e4e Incorporated<br>Tyler Baker, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Center<br>Mountain View, CA 94041 | Attorneys for Scott Hilinski<br>Jonathan L. Kotlier, Esq.<br>Sarah Walters, Esq.<br>Nutter, McClennan & Fish<br>World Trade Center Wests<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| Attorneys for e4e Incorporated<br>Mark Porter, Esq.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | Attorneys for Scott Hilinski<br>James K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>    Drooks & Lincenberg<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 |
| Attorneys for Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.<br>Uzzell S. Branson III, Esq.<br>Law Offices of Uzzell S. Branson III<br>225 South Lake Avenue, Suite 1400<br>Pasadena, CA 91101 | Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 |

-8-

| Attorneys for Northridge Medical Group, Inc.<br>Mark B. Chassman, Esq.<br>Rhonda E. Kaley, Esq.<br>Chassman & Seelig, LLP<br>World Trade Center<br>350 South Figueroa Street, Suite 580<br>Los Angeles, CA 90071-1102 | Attorneys for Northridge Medical Group, Inc.<br>Tin Kin Lee, Esq.<br>Law Offices of Tin Kin Lee<br>55 South Lake Avenue, Suite 705<br>Pasadena, CA 91101 |
|---|---|
| Attorneys for Brian Sato<br>Mark T. Hiraide, Esq.<br>Petillon & Hiraide, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 | Attorneys for Michael Alper<br>James A. Kohn, Esq.<br>Moldo Davidson Fraioli Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |
| Counsel for Chapter 7 Trustee<br>Richard D. Burstein<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | |