

ENTERED

JAN - 9 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
W                    Deputy Clerk

FILED

JAN - 9 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                   Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. SV06-10733GM |
| MERIDIAN HEALTH CARE MANAGEMENT INC. | Adversary No. SV07-01186GM |
| Debtor(s) | Chapter 7 |
| | **SUMMARY JUDGMENT IN FAVOR OF DEFENDANT SCOTT HILINSKI AS TO THE COMPLAINT BROUGHT BY DAVID R. HAGEN, CHAPTER 7 TRUSTEE** |
| DAVID R. HAGEN, Chapter 7 Trustee | |
| Plaintiff(s) | DATE: JANUARY 7, 2009 |
| v. | TIME: 10:00 A.M. |
| NAUTIC PARTNERS, LLC., CHISHOLM PARTNERS IV, L.P., FLEET VENTURE RESOURCES, INC., FLEET EQUITY PARTNERS VI, L.P. KENNEDY PLAZA PARTNERS, II, LLC., SCOTT HILINSKI, BRIAN SATO, MICHAEL ALPER, E4E, INCORPORATED, FAMILY/SENIORS MEDICAL GROUP, NORTHRIDGE MEDICAL GROUP, INC. | PLACE: COURTROOM 303<br>21041 BURBANK BLVD.<br>WOODLAND HILLS, CA 91367 |
| Defendant(s) | |

Defendant Scott Hilinski filed a motion for summary judgment concerning the complaint brought

against him by David R. Hagen, Chapter 7 Trustee in the above adversary proceeding. The matter was heard

on Wednesday January 7, 2009 by the Honorable Geraldine Mund. Attorney Richard Burstein and Barak

Vaughn appeared for plaintiff Chapter 7 Trustee David R. Hagen, who was also present in Court. Attorney

John Rubiner, Jonathan Kotlier and Sarah Kelly appeared for defendant movant Scott Hilinski. Attorney

Gary Tokumori appeared for defendant Michael Alper. Attorney Uzzell S. Branson III appeared for

Family/Seniors Medical Group and Northridge Medical Group Inc. Attorney Joshua Briones and Mark

Nadeau appeared for Nautic Partners LLC.

Prior to the hearing the Court had prepared and disseminated its written tentative ruling, which it is placing on the adversary case docket.  After argument, the Court adopted its tentative ruling as a memorandum of points and authorities and as supplemented by certain clarifications made on the record at the hearing.

For the reasons stated therein, judgment is hereby **GRANTED** to defendant Scott Hilinski concerning the complaint against him by plaintiff David R. Hagen, Chapter 7 Trustee.  This does not affect the cross-claim filed against him in this adversary action by Family/Seniors Medical Group and Northridge Medical Group Inc.

DATE:  1/9/09

GERALDINE MUND
United States Bankruptcy Judge

# CERTIFICATE OF MAILING

I, _____ PATTY FLORES GARCIA _____, a regularly appointed and qualified clerk of the United States Bankruptcy Court for the Central District of California, do hereby certify that in the performance of my duties as such clerk, I personally mailed to each of the parties listed below, at the addresses set opposite their respective names, a copy of the

**SUMMARY JUDGMENT IN FAVOR OF DEFENDANT SCOTT HILINSKI AS TO THE COMPLAINT BROUGHT BY DAVID R. HAGEN, CHAPTER 7 TRUSTEE**

in the within matter. That said envelope containing said copy was deposited by me in a regular United States mailbox in the City of Los Angeles, in said District, on __**JAN 0 9 2009**__ .

**Richard Burstein**
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

Jonathan Kottlier
Sarah Kelly
155 Seaport Blvd.
Boston, MA 02210-2604

Uzzell S. Branson III
225 South Lake, Suite 1400
Pasadena, CA 91101

Gary Tokumori
2029 Century Park East 21st Floor
Los Angeles, CA 90067

John Rubiner
1875 Century Park East, 23 Floor
Los Angeles, CA 90067-2561

Joshua Briones
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023

Mark Nadeau
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016-4245

**Peter C Bronson**
400 Capitol Mall 11th Fl
Sacramento, CA 95814

**David R Hagen** - Plaintiff
6400 Canoga Ave, #311
Woodland Hills, CA 91367-2498

U.S. Trustee - email

_____
(Clerk)