Steven T. Gubner - Bar No. 156593
Richard D. Burstein - Bar No. 56661
Barak Vaughn - Bar No. 227926
**EZRA BRUTZKUS GUBNER LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
sgubner@ebg-law.com
rburstein@ebg-law.com
bvaughn@ebg-law.com

Attorneys for DAVID R. HAGEN, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

In re

MERIDIAN HEALTH CARE MANAGEMENT, INC.,

Debtor.

---

DAVID R. HAGEN, Chapter 7 Trustee,

Plaintiff/Appellant,

vs.

NAUTIC PARTNERS, LLC, etc., et al.,

Defendants/Appellee.

Case No. 1:06-bk-10733-GM

CHAPTER 7

Adv. No. 1:07-01186-GM

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

**[Federal Rules of Bankruptcy Procedure 8006]**

[No Hearing Required]

Plaintiff and Appellant, David R. Hagen, Chapter 7 Trustee, filed a timely Notice of Appeal of the Motion for Summary Judgment entered on or about January 9, 2009, by the Bankruptcy Court in Favor of Defendant Scott Hilinski as to the Complaint brought by David R. Hagen, Chapter 7 Trustee. Pursuant to Federal Rules of Civil Procedure, Rule 8006, Appellant hereby provides its statement of issues on appeal to the United States Bankruptcy Appellate Panel for the Ninth Circuit, as follows:

1. Whether the Court erred in granting the Motion for Summary Judgment.

2. Whether the Court erred in concluding that the Declaration of Brian Sato is inadmissible and thus it does not create a triable issue of fact.

3. Whether the Court erred in not considering the documents appended to the Declaration of Barak Vaughn and thus they do not create a triable issue of fact?

4. Whether the Court erred in concluding that the doctrine of "in pari delicto" precludes as a matter of the law the Trustee's recovery on his Third Amended Complaint.

5. Whether the Court erred in concluding that the status of Scott Hilinski as an "outside" director of the debtor was without material factual dispute.

Dated: January 22, 2009

EZRA BRUTZKUS GUBNER LLP

By: ______________________
Steven T. Gubner
Richard D. Burstein
Barak Vaughn
Attorneys for Chapter 7 Trustee, DAVID R. HAGEN

*99066*

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor(s). DAVID R. HAGEN, Chapter 7 Trustee, Plaintiff, vs. NAUTIC PARTNERS, LLC, etc., et al., Defendants. | CHAPTER 7<br>CASE NUMBER 1:06-bk-10733-GM<br>ADV. CASE NUMBER 1:07-01186-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

The foregoing document described **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 23, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On January 23, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________ ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 23, 2009 | Jennifer Long | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor(s).<br>DAVID R. HAGEN, Chapter 7 Trustee, Plaintiff, vs. NAUTIC PARTNERS, LLC, etc., et al., Defendants. | CHAPTER 7<br>CASE NUMBER 1:06-bk-10733-GM<br>ADV. CASE NUMBER 1:07-01186-GM |
|---|---|

| **Presiding Judge**<br>Hon. Geraldine Mund<br>United States Bankruptcy Court<br>21041 Burbank Boulevard, Suite 342<br>Woodland Hills, CA 91367<br>*VIA U.S. MAIL* | **Attorneys for Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.**<br>Uzzell S. Branson, III, Esq.<br>Law Offices of Uzzell S. Branson, III<br>225 South Lake, Suite 1400<br>Pasadena, CA 91101<br>*VIA U.S. MAIL* |
|---|---|
| **Plaintiff, David R. Hagen, Chapter 7 Trustee**<br>Merritt & Hagen<br>6400 Canoga Ave., Suite 311<br>Woodland Hills, CA 91367-2498<br>*VIA U.S. MAIL* | **Attorney for Defendant, e4e Incorporated**<br>Peter C. Bronson<br>Law Offices of Peter C. Bronson, APC<br>400 Capitol Mall, 11th Fl.<br>Sacramento, CA 95814<br>Email: pbronson@pbronsonlaw.com<br>*VIA NEF* |
| **Attorney for Nautic Party Defendants**<br>Mark A. Nadeau<br>DLA Piper US LLP<br>2415 East Camelback Rd., Suite 700<br>Phoenix, AZ 85016-4245<br>*VIA U.S. MAIL* | **Attorney for Nautic Party Defendants**<br>Joshua M. Briones<br>Anahit Tagvoryan<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6023<br>Email: joshua.briones@dlapiper.com; ana.tagvoryan@dlapiper.com<br>*VIA NEF* |
| **Attorney for Defendant Scott Hilinski**<br>John K. Rubiner<br>Bird, Marella, Boxer, et al.<br>1875 Century Park East, 23 Fl.<br>Los Angeles, CA 90067-2561<br>*VIA U.S. MAIL* | **Attorney for Defendant Scott Hilinski**<br>Jonathan L. Kotlier<br>Sara P. Kelly<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>*VIA U.S. MAIL* |