



1 | UZZELL S. BRANSON III (State Bar No. 46561)
A Professional Corporation
2 | LAW OFFICES OF UZZELL S. BRANSON III
301 South Lake Avenue, Suite 700
3 | Pasadena, California 91101
Telephone: (626) 683-8925
4 | Telecopier: (626) 683-8512

5 | TIN KIN LEE (State Bar No. 127200)
LAW OFFICES OF TIN KIN LEE
6 | 55 South Lake Ave., Suite 705
Pasadena, CA 91101
7 | Telephone: 626-229-9828
Facsimile: (626) 564-0331

8

9 | STEPHEN G. AUER (State Bar No. 74101)
VICKI C. GADBOIS (State Bar No. 144377)
CHRISTENSEN & AUER
10 | 225 South Lake Avenue, Suite 860
Pasadena, California 91101
11 | Telephone: (626) 568-2900
Telecopier: (626) 568-2911

12

13 | Attorneys for Appellants Northridge Medical Group, Inc.
and Family/Seniors Medical Group, Inc.

14

15 |                    **UNITED STATES BANKRUPTCY COURT**

16 |                     **CENTRAL DISTRICT OF CALIFORNIA**

17 |                     **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In Re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation | ) Case No. 1:06-bk-10733-GM |
| | ) Chapter 7 |
| Debtor. | ) Adv. No. 1:07-ap-1186 |
| DAVID R. HAGEN, Chapter 7 Trustee, | ) **JOINT NOTICE OF APPEAL OF APPELLANTS NORTHRIDGE MEDICAL GROUP, INC. AND FAMILY/SENIORS MEDICAL GROUP, INC.** |
| Plaintiff, | ) |
| vs. | ) [Fed. Rules Bkr. Proc. 8001; Local Bkr. Rule 8000-1; Local Dist. Rule Ch.IV, Rule 2.3] |
| NAUTIC PARTNERS, LLC, etc., et al., | ) |
| Defendants. | ) [No Hearing Required] |
| AND COUNTERCLAIMS AND CROSS-CLAIMS | ) |

27 |         **NOTICE IS HEREBY GIVEN** that Defendants, counterclaimants and cross-claimants

28

1   Northridge Medical Group, Inc., a California professional medical corporation ("Northridge")

2   and Family/seniors Medical Group, Inc., a California professional medical corporation

3   ("Family/Seniors,"), and each of them, appeal under 28 U.S.C. §158(a)(1) from the following

4   judgment, orders and decrees, and each of them, of the bankruptcy judge:

5       (1)    the Amended Order Granting Cross-Defendants Nautic Partners LLC, Chisholm

6       Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy

7       Plaza Partners, II, LLC, and Scott Hilinski's Motion for Summary Judgment, entered in

8       this adversary proceeding on the 12th day of March, 2010, a true and correct copy of

9       which is attached hereto as Exhibit "1" and incorporated by reference, and all earlier

10      non-final orders and all rulings which produced the judgment, including but not limited

11      to the Order Granting Both Motions in Limine to Exclude Statements of Brian Sato and

12      Michael Alper, entered in this adversary proceeding on the 19th day of November, 2009, a

13      true and correct copy of which is attached hereto as Exhibit "2" and incorporated by

14      reference; and

15      (2)    the Order Denying Medical Group Parties' Motion to Reconsider and Vacate

16      Orders Granting Motions in Limine and for Summary Judgment, entered in this adversary

17      proceeding on the 7th day of May, 2010, a true and correct copy of which is attached

18      hereto as Exhibit "3" and incorporated by reference.

19  The names of all parties to the judgments, orders or decrees appealed from and the names,

20  addresses, telephone, and fax numbers of their respective attorneys are as follows:

| **Chapter 7 Trustee-**<br>David R. Hagen, Esq.<br>Merritt & Hagen<br>6320 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367<br>Facsimile: 818-992-3309 | **Attorney for Chapter 7 Trustee**<br>Richard Burstein, Esq.<br>Ezra/Brutzkus/Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Facsimile: 818-827-9099 |
|---|---|
| **Attorneys for Defendant e4e Incorporated**<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>770 L Street Suite 950<br>Sacramento, CA 95814<br>Fax: 916-449-1440 | **Attorneys for Defendant e4e Incorporated**<br>Tyler A. Baker, Esq.<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041<br>Fax: 650-938-5200 |

21
22
23
24
25
26
27
28

| Attorneys for Defendants and Cross-Defendants Nautic Parties<br>Joshua Briones, Esq.<br>Ana Tagvoryan, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br>Fax:310-596-3376 | Attorneys for Defendants and Cross-Defendants Nautic Parties<br>Mark A. Nadeau, Esq.<br>Laura M. Kam, Esq.<br>DLA Piper US LLP<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016-4232<br>Fax: 480-606-5101 |
| Attorneys for Defendant and Cross-Defendant Scott Hilinski<br>Gary S. Lincenberg, Esq.<br>John K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, PC<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>Fax. 310-201-2110 | Attorneys for Defendant and Cross-Defendant Scott Hilinski<br>Jonathan Kotlier, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>Fax. 617-310-9000 |
| Attorneys for Defendant and Cross-Defendant Michael Alper<br>Howard I. Camhi, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br>Fax. 310-859-2325 | |

Dated: May 12, 2010

UZZELL S. BRANSON III
A Professional Corporation
LAW OFFICES OF UZZELL S. BRANSON III

By:_____
        Uzzell S. Branson III
Attorney for Appellants Northridge Medical Group, Inc.
and Family/Seniors Medical Group, Inc.

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the district court.

///

3

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

FILED & ENTERED

MAR 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Meridian Health Care Management Inc,<br><br>Debtor(s),<br><br>David R Hagen<br><br>Plaintiff(s),<br><br>Vs.<br><br>Michael Alper, Chisholm Partners IV, L.P., E4E, Incorporated, Family/Seniors Medical Group, Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Scott Hilinski, Kennedy Plaza Partners, II, LLC, Nautic Partners, LLC, Northridge Medical Group, Inc., Brian Sato<br><br>Defendant(s). | Case No.: 1:06-bk-10733-GM<br>Adversary No.: 1:07-ap-01186-GM<br>Chapter: 7<br><br>**AMENDED ORDER GRANTING CROSS-DEFENDANTS NAUTIC PARTNERS LLC, CHISHOLM PARTNERS IV, L.P., FLEET EQUITY PARTNERS VI, L.P., FLEET VENTURE RESOURCES INC., KENNEDY PLAZA PARTNERS II, LLC'S AND SCOTT HILINSKI'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  November 25, 2009<br>Time:  10:00 a.m.<br>Location: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

For reasons in the memorandum of opinion, which will be filed in conjunction with this order, the cross-defendants Nautic Partners LLC, Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources Inc., Kennedy Plaza Partners II, LLC's and Scott Hilinski's motion for summary judgment is **GRANTED**.

It is expressly determined by this court that there is no just reason for delay in the entry of this judgment until final determination of all the issues involved in the above-entitled action. ###

DATED: March 12, 2010

United States Bankruptcy Judge

## NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **AMENDED ORDER GRANTING CROSS-DEFENDANTS NAUTIC PARTNERS LLC, CHISHOLM PARTNERS IV, L.P., FLEET EQUITY PARTNERS VI, L.P., FLEET VENTURE RESOURCES INC., KENNEDY PLAZA PARTNERS II, LLC'S AND SCOTT HILINSKI'S MOTION FOR SUMMARY JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| **Richard Burstein**<br>Email: rburstein@ebg-law.com<br><br>**Howard Camhi**<br>Email: hcamhi@ecjlaw.com<br><br>Mark Nadeau<br>Mark.nadeau@diapiper.com<br><br>John Rudner<br>jkr@birdmarella.com<br><br>Jonathan Kotlier<br>jkotlier@nutter.com<br><br>Peter C. Bronson<br>pbronson@pbronsonlaw.com | **Uzzell S Branson**<br>Law Offices of Uzzell S Branson III<br>225 S Lake Ave Ste 1400<br>Pasadena, CA 91101<br><br>**David R Hagen**<br>6400 Canoga Ave, #311<br>Woodland Hills, CA 91367-2498 |

Category III (To be served by the lodging party).

1

2

3

4

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

FILED & ENTERED

NOV 19 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY opler    DEPUTY CLERK

5   In re:

6   Meridian Health Care Management Inc,

7

8

9                                    Debtor(s),

10  David R Hagen

11                              Plaintiff(s),

12                                    Vs.

13  Michael Alper,  Chisholm Partners IV, L.P.,  E4E,
    Incorporated,  Family/Seniors Medical Group,  Fleet
14  Equity Partners VI, L.P.,  Fleet Venture Resources,
    Inc., Scott Hilinski,  Kennedy Plaza Partners, II, LLC,
15  Nautic Partners, LLC,  Northridge Medical Group, Inc.,
    Brian Sato
16
                                    Defendant(s).
17

Case No.: 1:06-bk-10733-GM

Adversary No.: 1:07-ap-01186-GM

Chapter: 7

**ORDER GRANTING BOTH MOTIONS IN
LIMINE (DOCKET NUMBER 229 AND
NUMBER 250) TO EXCLUDE STATEMENTS
OF BRIAN SATO AND MICHAEL ALPER**

18      For reasons in the memorandum of opinion, that will be filed and entered in conjunction

19  with this order, both motions in limine (docket number 229 and number 250) are hereby

20  GRANTED.  The Court hereby excludes from evidence the Conference Call Statements, the

21  Interview Statements, the Sato Declaration, the Salomon Declaration, and the Interview

22  Memorandum.

23  ###

24

25      DATED: November 19, 2009                    _____

26                                                  United States Bankruptcy Judge

27

28

- 1

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** Category I. below: The United States trustee and case trustee (if any) will always be in this category.
**4)** Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING BOTH MOTIONS IN LIMINIE (DOCKET NUMBER 229 AND NUMBER 250) TO EXCLUDE STATEMENTS OF BRIAN SATO AND MICHAEL ALPER

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| | Uzzell Branson<br>225 South Lake Avenue Suite 1400<br>Pasadena, CA 91101<br><br>Joshua Briones<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br><br>John Rudiner<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 |

Category III (To be served by the lodging party).

JOSHUA BRIONES (State Bar No. 205293)
ANA TAGVORYAN (State Bar No. 246536)
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6022
Tel: 310.595.3000 Fax:  310.595.3300
joshua.briones@dlapiper.com

MARK A. NADEAU (admitted *pro hac vice*)
LAURA KAM (admitted *pro hac vice*)
CAMILLA BUTLER (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Esplanade II
Phoenix, AZ 85016-4232
Tel:  480.606.5100 Fax: 480.606.5101
mark.nadeau@dlapiper.com

Attorneys for Defendants and Cross-Defendants,
NAUTIC PARTNERS LLC,
CHISHOLM PARTNERS, IV, L.P., FLEET EQUITY
PARTNERS VI, L.P., FLEET VENTURE RESOURCES,
INC., and KENNEDY PLAZA PARTNERS II, LLC

**FILED & ENTERED**

**MAY 07 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogler      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.   1:06-10733-GM |
| MERIDIAN HEALTH CARE MANAGEMENT, INC., | |
| Debtor. | CHAPTER 7 |
| | Adv. No.   SV07-01186GM |

10

1  DAVID R. HAGEN, Chapter 7 Trustee,

2

3                Plaintiff,

4

5        vs.

6  NAUTIC PARTNERS, LLC, a California
7  Limited Liability Company; CHISHOLM
   PARTNERS IV, L.P., a California Limited
8  Partnership; FLEET VENTURE
   RESOURCES, INC., a California
9  Corporation; FLEET EQUITY
10 PARTNERS VI, L.P., a California Limited
   Partnership KENNEDY PLAZA
11 PARTNERS, II, LLC, a California Limited
12 Liability Company; SCOTT HILINSKI, an
   individual; BRIAN SATO, an individual;
13 MICHAEL ALPER, an individual;
   NORTHRIDGE MEDICAL GROUP,
14 INC., a California Professional Medical
15 Corporation; FAMILY/SENIORS
   MEDICAL GROUP, INC., a California
16 Professional Medical Corporation,

17

18                Defendants.

**ORDER DENYING MEDICAL
GROUP PARTIES' MOTION TO
RECONSIDER AND VACATE
ORDERS GRANTING MOTIONS IN
LIMINE AND FOR SUMMARY
JUDGMENT**

19

20

21

22

23

24

25

26

27

28

WEST\21948319.1                                    -2-

DLA Piper LLP (US)

*¡ I*

1    On April 21, 2010, in Courtroom 303 of the above-entitled Court, the Cross-

2    Defendants Northridge Medical Group, Inc.'s and Family/Seniors Medical Group, Inc.'s

3    Motion To Reconsider And Vacate Orders Granting Motions In Limine And For

4    Summary Judgment came up for hearing.

5    Joshua Briones and Ana Tagvoryan from the law firm of DLA Piper LLP (US)

6    appeared for the Nautic Partners LLC, Chisholm Partners, IV, L.P., Fleet Equity Partners

7    VI, L.P., Fleet Venture Resources, Inc., and Kennedy Plaza Partners II, LLC's (the

8    "Nautic Parties"). John K. Rubiner from the law firm of Bird, Marella, Boxer, Wolpert,

9    Nessim, Drooks & Lincenberg, P.C., appeared for Scott Hilinski.   Uzzel S. Branson III,

10    of the Law Offices of Uzzell S. Branson III, appeared for Northridge Medical Group, Inc.

11    and Family/Seniors Medical Group, Inc.

12    After considering the briefs submitted by the parties, the record in the case and oral

13    argument and the Court's written tentative ruling the Court **denies** Northridge Medical

14    Group, Inc.'s and Family/Seniors Medical Group, Inc.'s Motion To Reconsider And

15    Vacate Orders Granting Motions In Limine And For Summary Judgment.

16    THE MOTION IS DENIED.

17    IT IS SO ORDERED.

18    ###

19

20

21

22

23

24    DATED: May 7, 2010

United States Bankruptcy Judge

25

26

27

28    WEST\21948319.1                                       -3-

DLA Piper LLP (US)

12.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1999 Avenue of the Stars, Suite 400, Los Angeles, CA 90067

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT DESCRIBED [PROPOSED] ORDER ON CROSS-[PROPOSED] ORDER MEDICAL GROUP PARTIES' MOTION TO RECONSIDER AND VACATE ORDERS GRANTING MOTIONS IN LIMINE AND FOR SUMMARY JUDGMENT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Add emails for other filings

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 8, 2009I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| *Counsel for David R. Hagen, Chapter 7 Trustee* | *Counsel for Northridge Medical Group, Inc.* |
|---|---|
| Steven T. Gubner, Esq. | Tin Kin Lee, Esq. |
| sgubner@ebg-law.com | LAW OFFICES OF TIN KIN LEE |
| Barak Vaughn, Esq. | 55 South Lake Avenue, Suite 705 |
| bvaughn@ebg-law.com | Pasadena, CA 91101 |
| Richard Burstein, Esq. | |
| rburstein@ebg-law.com | |
| EZRA / BRUTZKUS / GUBNER LLP | |
| 21650 Oxnard Street, Suite 500 | |
| Woodland Hills, CA 91367 | |

WEST\21948319.1

*13*

| | |
|---|---|
| *Counsel for Family/Seniors Medical Group, Inc.*<br>Jay D. Christensen, Esq.<br>jdc@CA-HEALTHLAW.com<br>Stephen G. Auer, Esq.<br>Sga@CA-HEALTHLAW.com<br>CHRISTENSEN & AUER<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 | *Counsel for Defendant Scott Hilinski*<br>John K. Rubiner, Esq.<br>jkr@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM,<br>    DROOKS & LINCENBERG<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 |
| *U.S. Trustee*<br>United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | *Chapter 7 Trustee*<br>David R. Hagen<br>drh@forbankruptcy.com<br>MERRITT & HAGEN<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 |
| *Counsel for Northridge Medical Group, Inc.*<br>Uzzell S. Branson III, Esq.<br>usb3@usblaw.com<br>LAW OFFICES OF UZZELL S. BRANSON III<br>301 Nothr Lake Avenue, Suite 700<br>Pasadena, CA 91101 | *Counsel for Brian Sato*<br>Mark T. Hiraide, Esq.<br>mhiraide@phlcorplaw.com<br>PETILLON & HIRAIDE, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 |
| *Counsel for e4e, Inc.*<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>770 L Street, Suite 950<br>Sacramento, CA 95814 | *Counsel for Alper*<br>Howard I. Camhi<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd, 9th Floor<br>Beverly Hills, CA 90212-2974 |
| *Counsel for Cross-Defendant, SCOTT HILINSKI*<br><br>JONATHAN L. KOTLIER (*admitted pro hac vice*)<br>jkotlier@nutter.com<br>**NUTTER, McCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel: 617.439.2000<br>Fax: 617.310.9683 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 3, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Blvd., Room 303
Woodland Hills, CA 91367-6603

☐ Service information continued on

attached page

-1-

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

| 5/03/10 | Robbyn James | /s/ Robbyn James |
|---------|--------------|------------------|
| Date | Type Name | Signature |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

WEST\21948319.1         15

| In re: Meridian Healthcare Management, Inc. | Chapter 06-10733<br>Adv. No. 07-1186-GM |
| --- | --- |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

**[PROPOSED] ORDER ON CROSS-[PROPOSED] ORDER MEDICAL GROUP PARTIES'
MOTION TO RECONSIDER AND VACATE ORDERS GRANTING MOTIONS IN
LIMINE AND FOR SUMMARY JUDGMENT**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 3, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

rburnstein@ebg-law.com
ana.tagvoryan@dlapiper.com
joshua.briones@dlapiper.com
bmoldo@mdfslaw.com
hcamhi@ecjlaw.com
pbronson@pbronsonlaw.com
steven.m.roth@irscounsel.treas.gov

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

F 9021-1.1

-1-

| | |
|---|---|
| *Counsel for David R. Hagen, Chapter 7 Trustee*<br>Steven T. Gubner, Esq.<br>sgubner@ebg-law.com<br>Barak Vaughn, Esq.<br>bvaughn@ebg-law.com<br>Richard Burstein, Esq.<br>rburstein@ebg-law.com<br>EZRA / BRUTZKUS / GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | *Counsel for Northridge Medical Group, Inc.*<br>Tin Kin Lee, Esq.<br>LAW OFFICES OF TIN KIN LEE<br>55 South Lake Avenue, Suite 705<br>Pasadena, CA 91101 |
| *Counsel for Family/Seniors Medical Group, Inc.*<br>Jay D. Christensen, Esq.<br>jdc@CA-HEALTHLAW.com<br>Stephen G. Auer, Esq.<br>Sga@CA-HEALTHLAW.com<br>CHRISTENSEN & AUER<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 | *Counsel for Defendant Scott Hilinski*<br>John K. Rubiner, Esq.<br>jkr@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM,<br>DROOKS & LINCENBERG<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 |
| *U.S. Trustee*<br>United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | *Chapter 7 Trustee*<br>David R. Hagen<br>drh@forbankruptcy.com<br>MERRITT & HAGEN<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 |
| *Counsel for Northridge Medical Group, Inc.*<br>Uzzell S. Branson III, Esq.<br>usb3@usblaw.com<br>LAW OFFICES OF UZZELL S. BRANSON III<br>225 South Lake Avenue<br>Suite 1400<br>Pasadena, CA 91101 | *Counsel for Brian Sato*<br>Mark T. Hiraide, Esq.<br>mhiraide@phlcorplaw.com<br>PETILLON & HIRAIDE, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 |
| *Counsel for e4e, Inc.*<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814 | *Counsel for Alper*<br>Howard I. Camhi<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd, 9th Floor<br>Beverly Hills, CA 90212-2974 |
| *Counsel for Cross-Defendant, SCOTT HILINSKI*<br><br>JONATHAN L. KOTLIER (*admitted pro hac vice*)<br>jkotlier@nutter.com<br>**NUTTER, McCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel: 617.439.2000<br>Fax: 617.310.9683 | |

-1-

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor<br><br>DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC., et al.<br><span style="float:right">Debtor(s).</span> | CHAPTER 7<br>CASE NUMBER: SV06-10733-GM<br>ADV. NUMBER: Adv. 07-1186-GM: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

      301 North Lake Avenue, Suite 700
      Pasadena, California 91101

A true and correct copy of the foregoing document described as **JOINT NOTICE OF APPEAL OF APPEALANTS NORTHRIDGE MEDICAL GROUP, INC. AND FAMILY/SENIORS MEDICAL GROUP, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

NOT APPLICABLE.

          ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On May 12, 2010 _____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

          x☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

NOT APPLICABLE.

          ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 12, 2010 | Connie V. Branson | _Connie V.B_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

January 2009

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor<br><br>DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC, et al.<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: SV06-10733-GM<br>ADV. NUMBER: Adv. 07-1186-GM: |

| | |
|---|---|
| Hon. Geraldine Mund<br>United States Bankruptcy Judge<br>Central District of California<br>21041 Burbank Blvd., #342<br>Woodland Hills, CA 91367 | **U.S. Trustee**<br>United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>Attn.: Margaux Ross, Esq. |
| **Chapter 7 Trustee**<br>David R. Hagen, Esq.<br>Merritt & Hagen<br>320 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | |
| **Attorneys for Michael Alper**<br>Howard I. Camhi, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 | |
| **Attorneys for e4e Incorporated**<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>770 L Street Suite 950<br>Sacramento, CA 95814 | **Attorneys for e4e Incorporated**<br>Tyler A. Baker, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 |
| **Attorneys for Nautic Parties**<br>Joshua Briones, Esq.<br>Ana Tagvoryan, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 | **Attorneys for Nautic Parties**<br>Mark A. Nadeau, Esq.<br>Laura M. Kam, Esq.<br>DLA Piper US LLP<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016-4232 |
| **Attorneys for Scott Hilinski**<br>Gary S. Lincenberg, Esq.<br>John K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks &<br>Lincenberg, PC<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 | **Attorneys for Scott Hilinski**<br>Jonathan Kotlier, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |
| | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

*January 2009*