UZZELL S. BRANSON III (State Bar No. 46561)
A Professional Corporation
LAW OFFICES OF UZZELL S. BRANSON III
301 South Lake Avenue, Suite 700
Pasadena, California 91101
Telephone: (626) 683-8925
Telecopier: (626) 683-8512

TIN KIN LEE (State Bar No. 127200)
LAW OFFICES OF TIN KIN LEE
55 South Lake Ave., Suite 705
Pasadena, CA 91101
Telephone: 626-229-9828
Facsimile: (626) 564-0331

STEPHEN G. AUER (State Bar No. 74101)
VICKI C. GADBOIS (State Bar No. 144377)
CHRISTENSEN & AUER
225 South Lake Avenue, Suite 860
Pasadena, California 91101
Telephone: (626) 568-2900
Telecopier: (626) 568-2911

Attorneys for Appellants Northridge Medical Group, Inc.
and Family/Seniors Medical Group, Inc.

FILED
MAY 27 2010
CLERK, U.S. BANKRUPTCY
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation<br><br>Debtor. | Case No. 1:06-bk-10733-GM<br><br>Chapter 7<br><br>Adv. No. 1:07-ap-1186 |
| DAVID R. HAGEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTIC PARTNERS, LLC, etc., et al.,<br><br>Defendants. | **APPELLANTS' STATEMENT OF ISSUES ON APPEAL**<br><br>[Fed. Rules Bkr. Proc. 8006; Local Dist. Rule Ch.IV, Rule 4.1]<br><br>U.S. District Court No.: 2:10-cv-03874-R<br><br>[Hon. Manual L. Real] |
| AND COUNTERCLAIMS AND CROSS-CLAIMS | [No Hearing Required] |

Appellants Northridge Medical Group, Inc., a California professional medical corporation

1

("Northridge") and Family/seniors Medical Group, Inc., a California professional medical corporation ("Family/Seniors," and with Northridge "Appellants"), Defendants, Counterclaimants and Cross-Claimants in the above-captioned adversary proceeding, in accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure designate the following issues on appeal to the United States District Court, Central District of California (Case No. 2:10-cv-03874-R), taken pursuant to the Joint Notice of Appeal of Appellants Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc. filed May 13, 2010 in the above-captioned adversary proceeding:

1. Whether the Bankruptcy Court erred in granting summary judgment to Appellees;

2. Whether the Bankruptcy Court erred in granting Appellees' motions *in limine* and in excluding the statements of Brian Sato and/or Michael Alper which were the subject of those motions;

3. Whether the Bankruptcy Court erred in denying reconsideration as requested by the Medical Group Parties, and in refusing to vacate its orders granting motions in limine and for summary judgment in favor of Appellees;

4. Whether the Bankruptcy Court erred in concluding that Peter Salomon lacked personal knowledge sufficient to testify as to the statements made in his presence by Brian Sato and/or Michael Alper;

5. Whether the Bankruptcy Court erred in concluding that the statements made by Brian Sato and/or Michael Alper were inadmissible because they were not self-inculpatory in the context of the circumstances under which they were made;

6. Whether the Bankruptcy Court erred in declining to address the admissibility of the statements and conduct of Scott Hilinksi, and whether those statements and conduct are admissible against Mr. Hilinski and the other Appellees; and

///

2

7. Whether the conversion claim made by Appellants in their Counterclaims and Cross-Claims precludes summary judgment in favor of the Appellees.

Dated: May 27, 2010

UZZELL S. BRANSON III
A Professional Corporation
LAW OFFICES OF UZZELL S. BRANSON III

By: _____
      Uzzell S. Branson III
Attorney for Appellants Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.

///

3

| | |
|---|---|
| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor<br><br>DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC, et al.<br><div align="right">Debtor(s).</div> | CHAPTER 7<br>CASE NUMBER: SV06-10733-GM<br>ADV. NUMBER: Adv. 07-1186-GM: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   301 North Lake Avenue, Suite 700
   Pasadena, California 91101

A true and correct copy of the foregoing document described as **APPELLANTS' STATEMENT OF ISSUES ON APPEAL.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

NOT APPLICABLE.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 27, 2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

x☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

NOT APPLICABLE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 27, 2010 | Connie V. Branson | _Connie V. Branson_ (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              **F 9013-3.1**

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor | CHAPTER 7 |
| --- | --- |
| DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC, et al.                                              Debtor(s). | CASE NUMBER: SV06-10733-GM<br>ADV. NUMBER: Adv. 07-1186-GM: |

| | |
| --- | --- |
| Hon. Geraldine Mund<br>United States Bankruptcy Judge<br>Central District of California<br>21041 Burbank Blvd., #342<br>Woodland Hills, CA 91367 | U.S. Trustee<br>United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>Attn.: Margaux Ross, Esq. |
| **Chapter 7 Trustee**<br>David R. Hagen, Esq.<br>Merritt & Hagen<br>320 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | |
| **Attorneys for Michael Alper**<br>Howard I. Camhi, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 | |
| **Attorneys for e4e Incorporated**<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>770 L Street Suite 950<br>Sacramento, CA 95814 | **Attorneys for e4e Incorporated**<br>Tyler A. Baker, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 |
| **Attorneys for Nautic Parties**<br>Joshua Briones, Esq.<br>Ana Tagvoryan, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 | **Attorneys for Nautic Parties**<br>Mark A. Nadeau, Esq.<br>Laura M. Kam, Esq.<br>DLA Piper US LLP<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016-4232 |
| **Attorneys for Scott Hilinski**<br>Gary S. Lincenberg, Esq.<br>John K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, PC<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 | **Attorneys for Scott Hilinski**<br>Jonathan Kotlier, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |
| | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                    F 9013-3.1