STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    sgubner@ebg-law.com
          rburstein@ebg-law.com

Attorneys for David R. Hagen, Chapter 7 Trustee

**FILED & ENTERED**

OCT 06 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware Corporation,<br><br>Debtor.<br><br>DAVID R. HAGEN, Chapter 7 Trustee,<br><br>Plaintiff<br><br>vs.<br><br>NAUTIC PARTNERS, LLC, etc., et al.<br><br>Defendants | Case No. 1:06-bk-10733-GM<br><br>Chapter 7<br><br>Adv. case no. 1:07-ap-01186-GM<br><br>**ORDER DISMISSING REMAINING CLAIMS FOR RELIEF AND ORDER THAT ADVERSARY CASE SV07-01186GM BE CLOSED**<br><br>Date:    September 27, 2011<br>Time:    10:00 a.m.<br>Place:   Courtroom 303<br>         United States Bankruptcy Court<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

The within adversary proceeding duly came on for a status conference on September 27, 2011, the Honorable Geraldine Mund, United States Bankruptcy Judge presiding. Richard D. Burstein of Ezra Brutzkus Gubner LLP appeared for David R. Hagen, Chapter 7 Trustee and there were no other appearances.

1

1  The Court, having considered the Trustee's Unilateral Status Report and other pleadings and
2  papers on file and having considered the remarks of counsel and good cause appearing,
3  It Is Hereby Ordered that any remaining claims for relief of the Trustee and counterclaims for
4  relief against the estate by Northridge Medical Group, Inc., and Family Seniors Medical Group, Inc.,
5  which are the only claims for relief remaining unresolved in this adversary proceeding, are dismissed
6  without prejudice – such claims and counterclaims to be resolved through case closing activity. The
7  within adversary proceeding may consequently be closed. The pending status conference in this
8  matter set for November 15, 2011 at 10:00 a.m. shall be off calendar upon entry hereof.

Approved as to form:

Law Offices of Uzzell S. Branson, III

    /s/ Uzzell S. Branson, III
By:  Uzzell S. Branson, III, Esq.
Attorneys for Northridge Medical Group, Inc.
and Family Seniors Medical Group, Inc.

###

DATED: October 6, 2011

United States Bankruptcy Judge

2

1     The Court, having considered the Trustee's Unilateral Status Report and other pleadings and
2 papers on file and having considered the remarks of counsel and good cause appearing,

3     It Is Hereby Ordered that any remaining claims for relief of the Trustee and counterclaims for
4 relief against the estate by Northridge Medical Group, Inc., and Family Seniors Medical Group, Inc.,
5 which are the only claims for relief remaining unresolved in this adversary proceeding, are dismissed
6 without prejudice – such claims and counterclaims to be resolved through case closing activity.  The
7 within adversary proceeding may consequently be closed.  The pending status conference in this
8 matter set for November 15, 2011 at 10:00 a.m. shall be off calendar upon entry hereof.

10 Approved as to form:
11 Law Offices of Uzzell S. Branson, III

13 By:   Uzzell S. Branson, III, Esq.
14 Attorneys for Northridge Medical Group, Inc.
and Family Seniors Medical Group, Inc.

2

488629

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor(s). DAVID R. HAGEN, Chapter 7 Trustee, Plaintiff vs. NAUTIC PARTNERS, LLC, etc., et al., Defendants | CHAPTER 7 <br> CASE NUMBER 1:06-bk-10733-GM <br> ADV. CASE NUMBER 1: 07-ap-01186-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER DISMISSING REMAINING CLAIMS FOR RELIEF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 29, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2011 | Jennifer Warner | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

Order#55843#493bda6f-8866-45d0-99b1-caf6db26fc13.doc

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor(s). DAVID R. HAGEN, Chapter 7 Trustee, Plaintiff vs. NAUTIC PARTNERS, LLC, etc., et al., Defendants | CHAPTER 7 CASE NUMBER 1:06-bk-10733-GM ADV. CASE NUMBER 1:07-ap-01186-GM |
|---|---|

**II. SERVED BY U.S. MAIL**

| Hon. Geraldine Mund<br>United States Bankruptcy Court<br>21041 Burbank Blvd., Suite 342<br>Woodland Hills, CA  91367 | Office of the United States Trustee<br>United States Trustee, Region 16<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA  91367 |
|---|---|
| Chapter 7 Trustee<br>David R. Hagen<br>Merritt & Hagen<br>6320 Canoga Avenue, Suite 1400<br>Woodland Hills, CA  91367 | Attorneys for Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.<br>Uzzell S. Branson, III, Esq.<br>Law Offices of Uzzell S. Branson, III<br>301 North Lake Avenue, Ste. 700<br>Pasadena, CA 91101 |
| Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA  91101 | |

304650

4

Order#55843#493bda6f-8866-45d0-99b1-caf6db26fc13.doc

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC.,<br>Debtor(s).<br><br>DAVID R. HAGEN, Chapter 7 Trustee, Plaintiff vs. NAUTIC PARTNERS, LLC, etc., et al., Defendants | CHAPTER 7<br>CASE NUMBER 1:06-bk-10733-GM<br>ADV. CASE NUMBER 1:07-ap-1186-GM |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DISMISSING REMAINING CLAIMS FOR RELIEF** was entered on the date indicated as on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 29, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Joshua M Briones    joshua.briones@dlapiper.com
- Peter C Bronson    pbronson@pbronsonlaw.com
- Richard D. Burstein    rburstein@ebg-law.com; ecf@ebg-law.com
- Howard Camhi    hcamhi@ecjlaw.com
- Laura Kam    laura.kam@dlapiper.com
- Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
- Steven M. Roth    steven.m.roth@irscounsel.treas.gov
- Anahit Tagvoryan    ana.tagvoryan@dlapiper.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA  91101 | Attorneys for Northridge Medical Group, Inc. and Family/Seniors Medical Group, Inc.<br>Uzzell S. Branson, III, Esq.<br>Law Offices of Uzzell S. Branson, III<br>301 North Lake Avenue, Ste. 700<br>Pasadena, CA 91101 |
|---|---|

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

5

Order#55843#493bda6f-8866-45d0-99b1-caf6db26fc13.doc